UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STATE FARM AUTOMOBILE
INSURANCE COMPANY, et al.

                    Plaintiffs,

- against-

ECLIPSE MEDICAL IMAGING P.C., et al.,

 Defendant.

Civil Action No. 1: 23-CV-3124- OEM-RML

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the Declaration of Nicholas Bowers, dated December 14, 2023 and the exhibits annexed thereto, the accompanying Memorandum of Law, and upon all prior pleadings had herein, Defendant Eclipse Medical Imaging, P.C. ("Eclipse") will move this Court, before The Honorable Judge Orelia E. Merchant, United States District Judge, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order (a) dismissing all claims against Eclipse; or, in the alternative, (b) compelling arbitration of Plaintiffs' claims; and (c) such other and further relief that this Court may deem just and proper.

Dated: December 14, 2023

                                                  Nicholas Bowers, Esq.
                                                  Gary Tsirelman, P.C.
                                  129 Livingston Street, 2nd Floor
                                                       Brooklyn, NY 11201
                                                             718-438-1200
                                      *Attorney for Defendant Eclipse*
                                                     *Medical Imaging, P.C.*