UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

                        Plaintiff,

      - against -

                                                      Case No.
                                        23-cv-03124

                                      **<u>NOTICE OF APPEARANCE</u>**

ECLIPSE MEDICAL IMAGING, P.C.,

                        Defendants.
------------------------------------------------------------------X


Please take notice that Defendant Eclipse Medical Imaging, P.C., appears in this action by the undersigned attorney and requests the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Floor, Brooklyn, New York, 11201.


Dated: Brooklyn, New York
        February 19, 2024

                                                    By: Laisa Pertet, Esq.

                                                    _____
                                                    Gary Tsirelman P.C.
                                                    *Attorneys for the Defendants*
                                                    *Named Hererin*
                                                    129 Livingston St.
                                                    2nd Floor
                                                    Brooklyn, NY 11201
                                                    (718) 438-1200
                                                    Email: LPertet@gtmdjd.com